**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2005, I served, or caused to be served, the following documents:

Motion of United States for Detention

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Lyonel Norris, Assistant
Federal Public Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Email: lyonel_norris@fd.org

THOMAS B. HEFFELFINGER
United States Attorney

s/Lisa Wyatt

BY: LISA WYATT
Legal Assistant