AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

CASE NUMBER: CR 02-277(2) RHK

Nola Jean Parkhurst

0541-0307-0725-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Nola Jean Parkhurst

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order charging him or her with:

Violation of Probation

Ordered by: Richard H. Kyle, United States District Court Judge.

(By) Michelle Conway, Deputy Clerk

March 7, 2005 at St. Paul, MN

RETURN

This warrant was received and executed with the arrest of the above-named defendant at ________

Date Received: ____________ Date of Arrest: ____________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 3-10-05
ARRESTED BY FBI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY

FILED MAR 10 2005
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________