PROCEEDINGS BEFORE UNITED STATES MAGISTRATE JUDGE MARY KAY KLEIN

# FIRST APPEARANCE

Criminal No. CR 02-277(2) ( RHK / ) Date of Hearing: March 10, 2005 Time in Court ______
Judge MJ

**United States of America v. Nola Jean Parkhurst**

Tape: Yes Court Reporter & Agency: ______

Erica MacDonald
Assistant U.S. Attorney

______
Appearance on behalf of defendant

Counsel to be: ( ) appointed ( ) retained

Interpreter: N/A Language: ______

Date charges filed: March 7, 2005 Offense: Supervised Release Violation
Per Arrest Warrant

( ) Charges read into record ( ) Waived reading of charges ( **X** ) Advised of Rights

On: ( ) Indictment ( ) Information ( ) Complaint Violation of: ( ) **Pretrial Release** ( **X** ) **Supervised Release**

**( ) Charges from other District** ______
Which District Court

( **X** ) Govt moves for detention. Motion is: ( **X** ) granted, temporary detention ordered ( ) denied ( ) Moot-deft currently serving sentence

**Bond set in the amount of** N/A **with conditions, see Order Setting Conditions of Release.**

Next appearance date is Monday, March 14, 2005 at 10:00 a.m. at
Date Time

U. S. Federal Courthouse, 316 North Robert Street, St. Paul, MN 55101 before
Address

Honorable Judge Arthur J. Boylan for: ( **X** ) Detention/Preliminary Revocation Hearing ( ) Arraignment
Magistrate Judge

Additional Information: Defendant can hear me; Defendant is not under the influence of drugs or alcohol. Defendant financially unable to obtain adequate representation.

( ) Defendant also arraigned at this hearing, see separate arraignment minutes.

/s/ Mary Kay Klein
Mary Kay Klein
United States Magistrate Judge