**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**Nola Jean Parkhurst (02)**,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Arthur J. Boylan<br>U.S. Magistrate Judge<br><br>Case No: CR 02-277 RHK<br>Date: March 14, 2005<br>Court Reporter: None<br>Tape Number: 7-111-389<br>Time Commenced: 3:35 p.m.<br>Time Concluded: 3:45 p.m.<br>Time in Court: 10 Minutes |

____ **PRELIMINARY HRG ONLY** ____ **DETENTION HRG ONLY**

T **PRELIMINARY REVOCATION/DETENTION HRG** ____ **REMOVAL HRG**

APPEARANCES:

**Plaintiff**: Jeff Paulsen
Assistant U.S. Attorney

**Defendant:** Lyonel Norris
T FPD 9 CJA 9 Retained T Appointed

Interpreter : NA // English

On 9 Indictment 9 Information 9 Complaint Violation of 9 **Pre-trial Release** T**Probation Violation**

9 **Charges from other District** ______________________________________________

9 Deft Ordered Detained - Govt to submit proposed order 9 Bond Continued 9 Moot Currently Srvg Sentence

**Bond set in the amount of $ _________ with conditions, see Order Setting Conditions of Release.**

9 Deft bound over to District Court of Minnesota
9 Deft removed to charging district and is ordered to appear before ________________on__________________.

9 Removal Order to be Issued 9 **No** Removal Order to be Issued 9 Commitment to Another District to be Issued

Additional Information: **Preliminary Revocation hearing waived. Counsel to contact Judge Richard Kyle's calendar clerk for Final Revocation date. So ordered: Defendant will remain in custody pending opening in a halfway house where she will remain until Final Revocation.**

s/Joan Flood

Signature of Judicial Assistant