# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal No.: 0:02CR00277-2(RHK)** |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| **Nola Jean Parkhurst** | ) | **Modifying Conditions of Release** |
| **Defendant.** | ) | |

Effective Tuesday, March 15, 2005, the defendant shall reside at Reentry Metro Halfway House located at 444 West Lynnhurst Avenue, St. Paul, Minnesota 55104. Defendant shall abide by all rules and regulations. Defendant shall be transported by the U.S. Marshal Service.

Dated: 3/15/05

Magistrate Arthur J. Boylan
U.S. Magistrate Judge

SCANNED
MAR 16 2005
U.S. DISTRICT COURT ST. PAUL