**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Nola Jean Parkhurst,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Richard Kyle
U.S. Judge

Case No: Cr. 02-277
Date: March 21, 2005
Court Reporter: Robert Riley
Tape Number:
Time Commenced: 9:45
Time Concluded: 10:00
Time in Court: Hours & 15 Minutes

## APPEARANCES:

Plaintiff: Clifford Wardlaw, Assistant U.S. Attorney
Defendant: Lyonel Norris 9 FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: /

## PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.
9 Request granted. 9 Request denied.
9 **Initial Appearance - Revocation Proceedings.**
: **Revocation of Probation - Final Hearing.**
Defendant's Probation is modified to include four months in a community corrections center.

Defendant shall participate in a chemical dependency program as directed by the probation officer.

s/Deborah Siebrecht
Calendar Clerk