UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff

vs

ORDER
Cr. 02-277 RHK

Nola Jean Parkhurst,

Defendant.

---

IT IS ORDERED that Defendant's Probation is modified to include the following condition:

1. Defendant shall reside at the community corrections center for four(4) months. Defendant shall participate in a chemical dependency program as directed by the probation officer.

Dated: March 21, 2005.

s/ Richard H. Kyle
Richard H. Kyle, Judge
United States District Court