A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

2005 MAR -7 P 2: 08

UNITED STATES OF AMERICA

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

**WARRANT FOR ARREST**

V.

US MARSHALS SERVICE
MPLS., MN
MAR 8 10 24 AM '05
RECEIVED

CASE NUMBER: **CR 02-277(2) RHK**

0541-0307-0725-D

Nola Jean Parkhurst

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Nola Jean Parkhurst

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order charging him or her with:

Violation of Probation

Ordered by: Richard H. Kyle, United States District Court Judge.

(By) Michelle Conway, Deputy Clerk

March 7, 2005 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: ____________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 3-10-05
ARRESTED BY FBI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ________

SCANNED
MAR 21 2005
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04