PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Nola Jean Parkhurst**

**Docket No. 0:02CR00277-002(RHK)**

**Petition on Probation**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Nola Jean Parkhurst** who was sentenced for Aiding and Abetting Assault on April 7, 2003, by the Honorable Richard H. Kyle, who fixed the period of supervision at 5 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- 180 days CCC
- Abstain from the use of alcohol and not frequent establishments where alcohol is sold
- Participate and cooperate in a CD assessment by Beltrami County
- Alcohol and drug aftercare
- No contact with the victim
- Mental health aftercare
- Restitution of $7,115.92

On March 21, 2005, conditions of probation were modified due to alcohol use, failure to report for drug testing, and delinquent monthly supervision reports to include:

- 4-month CCC placement and participation in a chemical dependency program

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: Defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

On February 11, 2006, the defendant was arrested by Red Lake police officers and charged with a liquor violation. The police officer indicated that the defendant had a very strong odor of alcoholic beverages coming from her person and had watery, bloodshot eyes. The defendant admitted consuming three large alcoholic drinks with her friends.

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On February 13, 2006, the defendant appeared in Red Lake Tribal Court and was sentenced to credit for one day served for a liquor violation charge on February 11, 2006.

SCANNED
FEB 24 2006
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

> The defendant shall perform 5 hours of community service, as approved by the probation officer. The defendant shall continue to complete 5 hours of community service weekly until she begins suitable employment.

ORDER OF THE COURT

Considered and ordered this 23rd day of February, 2006, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Joan L. White
U.S. Probation Officer

Executed on February 22, 2006
Place Bemidji

c: United States Sentencing Commission