Prob 49

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Nola Jean Parkhurst

Docket No. 0:02CR00277-002(RHK)

## HEARING WAIVER

I, Nola Jean Parkhurst, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall perform 5 hours of community service, as approved by the probation officer. The defendant shall continue to complete 5 hours of community service weekly until she begins suitable employment.

Signed: [signature]
Nola Jean Parkhurst
Probationer

Witness: [signature]
Joan L. White

Dated: 2-21-06

SCANNED
FEB 24 2006
U.S. DISTRICT COURT ST. PAUL