**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FIRST APPEARANCE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02-277(2) (RHK/RLE) |
| | ) | Date: 8/18/06 |
| NOLA JEAN PARKHURST, | ) | Court Reporter: NA |
| | ) | Tape Number: JSM MOM #2/146-219 |
| Defendant. | ) | Time Commenced: 1:55 p.m. |
| | ) | Time Concluded: 2:00 p.m. |
| | ) | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: John Docherty, Assistant U.S. Attorney
Defendant: FPD

☐ Retained ☒ To Be Appointed

Interpreter / Language: NA

Date Charges Filed: 7/14/06 Offense: Violation of Supervised Release

☐ Charges Read Into The Record ☒ Waived Reading of Charges ☒ Advised of Rights

☒ Government moves for detention:
Motion is ☒ granted, temporary detention ordered
☐ denied
☐ moot

☐ Bond set in the amount of $25,000 with conditions, see Order Setting Conditions of Release.

Next appearance date is 8/22/06 at 3:00 p.m. before U.S. Magistrate Judge Janie S. Mayeron in Mpls. 8E for:

☒ Detention Hearing ☒ Preliminary Revocation Hearing

☐ Detention Hearing Waived ☐ Preliminary Revocation Hearing Waived

☒ Final Revocation Hearing with Judge Kyle scheduled for August 25, 2006 at 9:00 a.m. in Duluth, MN

Additional Information:

s/SK
Law Clerk