**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02-277(2) (RHK/RLE) |
| | ) | Date: 8/22/06 |
| NOLA JEAN PARKHURST, | ) | Court Reporter: NA |
| | ) | Tape Number: 4/341-363 |
| Defendant. | ) | Time Commenced: 3:10 p.m. |
| | ) | Time Concluded: 3:15 p.m. |
| | ) | Time in Court: 5 Minutes |

☒ **DETENTION HEARING**
☒ **PRELIMINARY REVOCATION HEARING**

APPEARANCES:

Plaintiff: Cliff Wardlaw, Assistant U.S. Attorney
Defendant: Lyonel Norris

Interpreter / Language: NA

On Violation of Supervised Release

☐ Defendant released on current supervisory conditions
☐ Defendant released on current supervisory conditions, plus additional conditions, see Order Setting Conditions of Release
☒ Defendant Ordered Detained - Government to submit proposed Order

☒ Final Revocation Hearing with Judge Kyle scheduled for August 25, 2006 at 9:00 a.m. in the Duluth Federal Courthouse

Additional Information:

Defendant waived detention and preliminary revocation hearing.

s/TS
Law Clerk