**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>Nola Jean Parkhurst,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Richard Kyle<br>U.S. Judge<br><br>Case No: Cr. 02-277 RHK/RLE 2<br>Date: August 25, 2006<br>Court Reporter: Jean Arends<br>Tape Number:<br>Time Commenced: 10:45<br>Time Concluded: 11:00<br>Time in Court: Hours & 15 Minutes |

## APPEARANCES:

Plaintiff: Clifford Wardlaw, Assistant U.S. Attorney
Defendant: Scott Tilsen 9 FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: /

## PROCEEDINGS: REVOCATION/SENTENCING

Custody of BOP for 45 days. Probation is terminated.

s/Deborah Siebrecht
Calendar Clerk