RECEIVED

AO 442 (Rev. 5/93) Warrant for Arrest

AUG 23 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

2006 JUL 17 A 10: 46

[redacted]

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

UNITED STATES OF AMERICA

V.

Nola Jean Parkhurst

## WARRANT FOR ARREST

CASE NUMBER: **CR 02-277 (2) RHK/RLE**

0641 - 0714 - 1205 - D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Nola Jean Parkhurst

and bring him or her forthwith to the nearest Magistrate Judge to answer an Petition and Order charging him or her with:

Violation of Supervised Release

Ordered by: Richard H. Kyle, United States District Court Judge.

Leah E. Gilgenbach (signature)

(By) Leah E. Gilgenbach, Deputy Clerk

July 14, 2006 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ____________________ Date of Arrest: ____________________

Name and Title of Arresting Officer ____________________ Signature of Arresting Officer ____________________

ARRESTED ON 8-16-06
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY (signature)

SCANNED
AUG 24 2006
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04