# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.
**Nola Jean Parkhurst**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **Cr. 02-277 RHK**
USM Number: **10637-041**
Social Security Number: **3994**
Date of Birth: **1969**

**Scott Tilsen**
Defendant's Attorney

**THE DEFENDANT:**

[**x**] admitted guilt to violation of condition(s): **1 and 2** of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Sweatpatches returned positive for THC | 5/17/06 |
| 2 | Failure to report to US Probation officer | 6/15/06 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**August 25, 2006**
Date of Imposition of Judgment

s/ Richard H Kyle
Signature of Judge

**RICHARD H. KYLE**, United States District Judge
Name & Title of Judge

**August 25, 2006**
Date

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: NOLA JEAN PARKHURST
CASE NUMBER: CR. 02-277 RHK

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **45 days, probation shall terminate when released.**.

[] The court makes the following recommendations to the Bureau of Prisons:

[**x**] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on __________________ to __________________________

at _______________________ , with a certified copy of this judgment.

____________________________
United States Marshal

By ____________________________
Deputy United States Marshal